# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Kain Konrad Luna**; DOB: 1997; United States Citizen<br>**Ryan Cota**; DOB: 1997; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**16-04503MJ** |

Complaint for violation of Title 21, United States Code §§ 846 and 844(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: Beginning at a time unknown, and continuing to on or about July 9, 2016, at or near Douglas, in the District of Arizona, **Kain Konrad Luna** and **Ryan Cota**, named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons to possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).
    All in violation of Title 21, United States Code, Section 846.

<u>Count 2</u>: On or about July 9, 2016, at or near Douglas, in the District of Arizona, **Kain Konrad Luna and Ryan Cota** did each knowingly and intentionally possess approximately 14.87 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 844(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 09, 2016, Border Patrol agents were advised via service radio that an agent saw a white van with a large cylinder protruding from its roof which he believed to be an air powered cannon. The van was parked south of the International Boundary Fence in Mexico near Cochise Avenue in Douglas, Arizona. The agents advised that they were going to ride their service bicycles to Cochise Avenue. While they were approaching Cochise Avenue on 1st Street, they noticed a vehicle's tail lights turn off at the intersection. The vehicle was a blue GMC Sierra pickup truck. The agents stopped and waited to see if the cannon was going to launch. A camera operator acquired visual of the cannon near the International Boundary Fence and was able to maintain visual of the cannon as it launched a large bundle north of the fence. The agents saw and heard the bundle from the air powered cannon fly over the fence and land on the ground approximately 70 yards from the agents. The agents saw the Sierra pickup drive south towards the bundle. The Sierra pickup came within ten feet of the bundle and then came to a stop. The Sierra pickup turned around again and drove back to 1st street on Cochise Avenue. The driver, later identified as Kain Konrad LUNA, and the passenger, later identified as Ryan COTA, exited the Sierra pickup and walked south towards the bundle. The camera operator was able gain visual of LUNA. LUNA was talking on a cellphone and walking towards the bundle. The agents witnessed both LUNA and COTA pick up the bundle and carry it north towards the parked truck. LUNA and COTA approached the truck with the bundle. The agents ran towards them. LUNA ran to the driver's side of the vehicle and attempted to get into the driver seat as he was apprehended by one of the agents. The agent maintained visual of LUNA the entire time he was outside of the vehicle. An agent apprehended COTA after finding him hiding in some brush near Cochise Avenue southeast of 1st Street.

A representative sample of the bundles tested positive for the characteristics of marijuana. The total weight of the marijuana was 29.75 kilograms.

**BASIS OF COMPLAINT CONTINUED ON REVERSE**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: | |
|---|---|
| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>HHB/cp1<br>AUTHORIZED AUSA Heather H. Sechrist | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>USBP |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]) | DATE<br>July 11, 2016 |

See Federal rules of Criminal Procedure Rules 3 and 54

## BASIS OF COMPLAINANT CONTINUED:

After waiving his Miranda rights, Kain Konrad LUNA stated that he was with his girlfriend when a grey Dodge Ram parked near his vehicle. LUNA stated that the people in the Ram threatened LUNA and told him to come with them to a party. LUNA stated that he had to do a job and would be harmed if he did not carry out the task. LUNA stated he text his mom and told her he was kidnapped. LUNA stated that he later went to go pick up marijuana with a man named Ryan. LUNA was later re-interviewed and re-read his Miranda rights. LUNA agreed to answer questions. LUNA stated that the story he gave in his previous statement about being kidnapped was not true. LUNA stated he willingly agreed to help smuggle the marijuana, but that he was unsure if he was supposed to pick up the bundle or just be a scout for it. LUNA stated he was going to get paid for the job but was unsure how much. LUNA stated that both he and Cota spoke to subjects in Mexico using his cellphone to receive instructions on what to do and where to go.