AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

United States of America
v.
Kain Konrad Luna
*Defendant*

Case No. 16-04503M-TUC

FILED
RECEIVED
JUL 1 8 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

X *Kain Luna*
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

X *Kain Luna*
*Defendant's signature*

The United States consents to the jury-trial waiver: _____
*Government representative's signature*

AUSA
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

X *Kain Luna*
*Defendant's signature*

Barbara Catrillo
*Printed name of defendant's attorney (if any)*

_____
*Signature of defendant's attorney (if any)*

Date: Jul 18, 2016    Approved by: _____
*Judge Eric J. Markovich, United States Magistrate Judge*