1  JOHN S. LEONARDO
   United States Attorney
2  District of Arizona
   United States Attorney's Office
3  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
4  Telephone: 520-620-7300



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Mag. No. 16-M503-EJM |
|---|---|
| Plaintiff, | PLEA AGREEMENT |
| vs. | (Flip-Flop) |
| Kain Konrad Luna, | |
| Defendant. | |

The parties enter into the following agreement:

1. Defendant will enter a plea to Count Two of the complaint charging the defendant with Simple Possession of Marijuana, a misdemeanor offense, in violation of Title 21, United States Code, Section 844. The elements of the crime are as follows:

   a) The defendant knowingly and intentionally possessed a quantity of marijuana; and

   b) marijuana is a controlled substance.

2. The government will dismiss Count One of the complaint, Conspiracy to Possess with Intent to Distribute Marijuana, a felony, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(D). This charge, if proven, carries a maximum sentence of five years imprisonment, a fine of $250,000.00, two years to lifetime supervised release, and a $100 special assessment. The government will dismiss this charge at the time of sentencing. This plea will occur no later than the time set for the detention hearing/preliminary hearing.

3. The maximum penalties for the offense to which I am pleading are one (1) year in custody, a $1,000.00 to $100,000.00 fine, one year supervised release, and a $25 special assessment. The government agrees to remit the $25 special assessment. The parties agree that the defendant lacks the ability to pay a fine, and that the court order the fine waived.

4. The defendant understands and acknowledges that pleading guilty may result in the termination or denial of certain food stamp, social security, and other benefits for defendant and the defendant's immediate family pursuant to 21 U.S.C. §§ 862 and 862a.

5. The defendant recognizes that pleading guilty may have consequences with respect to his immigration status if the defendant is a recently naturalized United States citizen or is not a citizen of the United States. Under federal law, a broad range of crimes are removable offenses, including the offense(s) to which defendant is pleading guilty. Although there may be exceptions, the defendant understands that the defendant's guilty plea and conviction for this offense make it practically inevitable and a virtual certainty that the defendant will be removed or deported from the United States. The defendant agrees that he has discussed this eventuality with his attorney. The defendant nevertheless affirms that he wants to plead guilty regardless of any immigration consequences that this plea entails, even if the consequence is the defendant's automatic removal from the United States.

6. Pursuant to this plea agreement, the government and the defendant stipulate and agree to a sentence of 60 days of imprisonment which will commence at the time of plea and sentencing. Defendant is to receive credit for all time he/she has served to date and shall be deducted from the stipulated sentence.

7. The parties waive a Pre-Sentence Investigation Report and agree that sentencing will occur on the date of the change of plea.

8. Defendant waives: (1) any right to appeal the Court's entry of judgment against the defendant; (2) any right to appeal the imposition of sentence upon defendant under Title 18, United States Code, Section 3742 (sentence appeals); and (3) any right to

collaterally attack defendant's conviction and sentence under Title 28, United States Code, Section 2255, or any other collateral attack. This waiver shall not be construed to bar an otherwise-preserved claim of ineffective assistance of counsel or of "prosecutorial misconduct" (as that term is defined by Section II.B of Ariz. Ethics Op. 15-01 (2015)).

9. Factual Basis for Plea:

On or about July 9, 2016, I, Kain Konrad Luna, took possession of a bundle of marijuana that was launched over the International Boundary Fence from Mexico into the United States, near Douglas, in the District of Arizona. The bundle of marijuana weighed approximately 29.75 kilograms. I was in possession of the bundle, and I knew that the bundle contained marijuana, a controlled substance.

Dated this 18th day of July, 2016.

*[signature]*
Kain Konrad Luna
Defendant

*[signature]*
Defense Counsel

JOHN S. LEONARDO
United States Attorney
District of Arizona

*[signature]*
Assistant U.S. Attorney