*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF ARIZONA*

| | |
|---|---|
| **United States of America**<br><br>    v.<br><br>**Kain Konrad Luna** | *MISDEMEANOR*<br>**JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>**No.  16-04503MJ-001-TUC-EJM**<br><br>Barbara Catrillo, (CJA)<br>Attorney for Defendant |

**THE DEFENDANT ENTERED A PLEA OF** guilty on 7/18/2016 to Count 2 of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 21, U.S.C. §844(a), Knowingly and intentionally possessing a quantity of marijuana, a Schedule I controlled substance, a Class A Misdemeanor offense, as charged in Count 2 of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **SIXTY (60) DAYS** on Count 2, with credit for time served.

**IT IS ORDERED** Count 1 is dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED     **FINE:** WAIVED     **RESTITUTION:** N/A

On motion of the Government, the special assessment is REMITTED.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

16-04503MJ-001-TUC-EJM  
USA vs. Kain Konrad Luna

Page 2 of 2

The Court orders commitment to the custody of the Bureau of Prisons and recommends that the Defendant be placed in an institution in or near Southern, Arizona.

Date of Imposition of Sentence: **Monday, July 18, 2016**

Dated this 18th day of July, 2016.

Eric J. Markovich  
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:

Defendant delivered on _____ to _____ at _____ , the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal                           By:      Deputy Marshal

16-04503MJ-001-TUC - Luna                                                          7/18/2016  9:05 AM